FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD PONTON; and TOMIKA PONTON,<br><br>　　　　Appellants,<br><br>　　v.<br><br>BRUCE P. KRIEGMAN, in his capacity as a trustee; WITHERSPOON KELLY; and GREEN & NORWOOD,<br><br>　　　　Appellees. | No. 2:23-CV-00074-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 6. The parties stipulate and request the Court dismiss this matter with prejudice, with any costs due and owing to be paid by Appellants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 6, is **GRANTED and ENTERED into the record**.

2. The above-captioned matter is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 5th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2